7160 3901 9845 4565 3628

3. Service Type **CERTIFIED MAIL**

4. Restricted Delivery? *(Extra Fee)*  ☐ Yes

1. Article Addressed to:

**Ricky Brown**
**11260 US Hwy 80 E**
**Tyler, Alabama 36785-2608**

09cv975 S+C

PS Form 3811, January 2005   Domestic Return Receipt

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly): Ricky Brown
B. Date of Delivery: 10/23/09
C. Signature: X [signature]  ☐ Agent  ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below: